

~umholz
# Dillon, P.A.

574 Summit Ave., Suite 402, Jersey City, NJ 07306
201-656-5232 • 1-800-760-00 11 • Fax 201-656-7270
Website: www.krumholzlaw.com  Email: krumholz@krumholzlaw.com

**Alan L. Krumholz**
**Michael J. Dillon**
Paula M. Dillon

December 5, 2008

Honorable Peter Sheridan
United States District Court
District of New Jersey
50 Walnut Street
Newark, NJ 07102

Re: Herman Gomez v CNF Conway Central
    Civil Action No.: 06-5352

Dear Judge Sheridan:

The above matter is listed for a Pre Trial Conference on December 18, 2008. Our proposed Order is scheduled to be submitted on December 8, 2008. Because of conflicts with motions filed last week and other matters, I respectfully request an extension to submit Joint Pre-Trial Order until December IS, 7008; or, if that is not satisfactory to the Court, December 12, 2008. My adversary David Strand has consented to this request.

Thank you.

Respectfully yours,
**KRUMHOLZ DILLON, P.A.**

By: /s/ ALAN L. KRUMHOLZ
    ALAN L. KRUMHOLZ

ALK/lad
cc: David Strand, Esq.